

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-90,062-01

### IN RE HARRIS JONES THOMPSON, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 15,908-A IN THE 258TH DISTRICT COURT
### FROM POLK COUNTY

*Per curiam*.

## O P I N I O N

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. He contends that he filed an application for a writ of habeas corpus in Polk County and that his application was not forwarded to this Court. On July 17, 2019, we ordered the District Clerk to respond. According to her response, the State received Relator's habeas application on April 2, 2019, and the trial court entered an order designating issues on May 21, 2019. This order was untimely and interfered with the District Clerk's duty to forward Relator's application. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(b) & (c); *Martin v. Hamlin*, 25 S.W.3d 718, 719 (Tex. Crim. App. 2000).

We conditionally grant mandamus relief and order the District Clerk to immediately forward Relator's habeas application. The writ of mandamus will issue only if the District Clerk fails to comply with this opinion.

Filed: August 21, 2019
Do not publish